■ GEORGE J. MASON, SR., et al., Appellants, v PETER A. SPENDIFF, Defendant, and HEARST CORPORATION, Respondent. (And a Third-Party Action.) [696 NYS2d 715] —Appeal from an order of the Supreme Court (Lynch, J.), entered August 21, 1998 in Schenectady County, which denied plaintiffs' motion to dismiss the second affirmative defense contained in the amended answer of defendant Hearst Corporation.

Order affirmed, upon the opinion of Justice Robert E. Lynch.

Mikoll, J. P., Crew III, Yesawich Jr., Peters and Mugglin, JJ., concur. Ordered that the order is affirmed, with costs.